# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY, | No. 4:19-CV-01497 |
| Plaintiff, | (Judge Brann) |
| v. | |
| KEYSTONE INSURERS GROUP, INC., and EBENSBURG INSURANCE AGENCY, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 6th day of February 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Ebensburg Insurance Agency's Motion to Dismiss (ECF No. 9) is **DENIED**.

2. Ebensburg is instructed to file its answer no later than February 20, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge