# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY, | No. 4:19-CV-01497 |
| Plaintiff, | (Judge Brann) |
| v. | |
| KEYSTONE INSURERS GROUP, INC., and EBENSBURG INSURANCE AGENCY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 20th day of August 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Joint Motion of Defendants to Stay Civil Proceeding Pending Resolution of Prior Pending Civil and Administrative Law Proceedings, Doc. 31, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge