IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY, | No. 4:19-CV-01497 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KEYSTONE INSURERS GROUP, INC., | |
| Defendant-Cross Claimant-Cross Defendant, | |
| v. | |
| EBENSBURG INSURANCE AGENCY, | |
| Defendant-Cross Claimant-Cross Defendant-Third Party Plaintiff, | |
| v. | |
| CUSTOM INSTALLATIONS & CONTRACTING SERVICES | |
| Third Party Defendant. | |

## **ORDER**

### DECEMBER 23, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Ebensburg Insurance Agency's Second Motion for

- 2 -

Default Judgment (Doc. 71) is **DENIED** without prejudice to its right to renew its motion after Plaintiff's claims against Defendants have been resolved.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge