IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYSTONE INSURERS GROUP and EBENSBURG INSURANCE AGENCY,<br><br>    Defendant. | No. 4:19-CV-01497<br><br>(Chief Judge Brann) |

## ORDER

### AUGUST 4, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Ebensburg Insurance Company's ("Ebensburg") motion for summary judgment (Doc. 104) is **GRANTED**.

2. Final Judgment is entered in favor of Ebensburg and against Plaintiff American Builders Insurance Company ("ABIC") on Counts II through IV of ABIC's Complaint (Doc. 1).

3. The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge